AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| FIRST STAR LOGISTICS, LLC,<br>*Plaintiff*<br>v.<br>ERICA CUTHBERTSON,<br>*Defendant* | )<br>)<br>)   Civil Action No. 1:23-cv-152<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** First Star's motion for summary judgment (Doc. 19) is GRANTED. Judgment is for First Star Logistics, LLC and against Erica Cuthbertson for $143,855.05, plus costs, plus interest at the lawful rate from the date of this judgment until paid, whereupon this case is CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Timothy S. Black, United States District Judge   on a motion for summary judgment (Doc. 19).

Date:   1/10/2025

CLERK OF COURT

*(signature)*

*Signature of Clerk or Deputy Clerk*